UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KATHLEENA ANN WHITMORE and
CHARON J. MAITLAND

      v.                3:00CV1232 WWE

RENITA O. THOMPKINS

J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendant's renewed motion for judgment as a matter of law.

The Court has reviewed all of the papers filed in conjunction with the motion and on April 6, 2004, entered a Ruling on Defendant's Renewed Motion for Judgment as a Matter of Law granting the motion, setting aside the jury verdict of May 18, 2003, and vacating the judgment of May 29, 2003.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 8th day of April, 2004.

                                      KEVIN F. ROWE, Clerk

                                      By       /s/      
                                                Chrystine W. Cody
                                                Deputy-in-Charge

Entered on Docket _____